## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 23- 3044-CR-S-DPR |
| Plaintiff, | **COUNTS 1-3**<br>16 U.S.C. § 460d, |
| v. | 36 C.F.R. §§ 327.18 & 327.25<br>NMT 6 Months' Imprisonment |
| **ROBERT G. HUTCHISON**<br>[DOB: 12/22/1953], | NMT $5,000 Fine<br>NMT 1 Year Supervised Release<br>Class B Misdemeanor |
| Defendant. | $10 Special Assessment per each count of<br>conviction |

# INFORMATION

## THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

On or about July 3, 2022, in Taney County, in the Western District of Missouri, on water resource project lands under the supervision of the Secretary of the Army, the defendant, **ROBERT G. HUTCHISON**, knowingly engaged in business on project lands or waters without the express written permission of the United States Army Corps of Engineers District Commander, in violation of Title 16, United States Code, Section 460d and Title 36, Code of Federal Regulations, Sections 327.18 and 327.25.

## COUNT 2

On or about July 10, 2022, in Taney County, in the Western District of Missouri, on water resource project lands under the supervision of the Secretary of the Army, the defendant, **ROBERT G. HUTCHISON**, knowingly engaged in business on project lands or waters without the express written permission of the United States Army Corps of Engineers District Commander,

in violation of Title 16, United States Code, Section 460d and Title 36, Code of Federal Regulations, Sections 327.18 and 327.25.

## COUNT 3

On or about July 21, 2022, in Taney County, in the Western District of Missouri, on water resource project lands under the supervision of the Secretary of the Army, the defendant, **ROBERT G. HUTCHISON**, knowingly engaged in business on project lands or waters without the express written permission of the United States Army Corps of Engineers District Commander, in violation of Title 16, United States Code, Section 460d and Title 36, Code of Federal Regulations, Sections 327.18 and 327.25.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

CASEY CLARK
Assistant United States Attorney

DATED: 5/18/23

Springfield, Missouri

2